IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 2-16CR-083-D |
| MOISES JIMENEZ | |

## INDICTMENT

The Grand Jury Charges:

### Count One
Distribution and Possession with Intent to Distribute Cocaine
(Violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))

On or about January 20, 2015, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Moises Jimenez**, defendant, did intentionally and knowingly distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

<u>Count Two</u>
Distribution and Possession with Intent to
Distribute 500 Grams or More of Methamphetamine
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii))

On or about January 20, 2015, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Moises Jimenez**, defendant, did knowingly and intentionally distribute and possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

**Moises Jimenez**
**Indictment — Page 2**

<u>Count Three</u>
Possession of a Firearm in Furtherance of a Drug Trafficking Crime
(Violation of 18 U.S.C. § 924(c)(1)(A))

On or about January 20, 2015, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Moises Jimenez**, defendant, did knowingly possess a firearm, to wit: a Lorcin model 125, .25 caliber pistol, serial number 348790, in furtherance of a drug trafficking crime, that is, Distribution and Possession with Intent to Distribute Cocaine and Methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1), an offense for which he may be prosecuted in a Court of the United States.

In violation of Title 18, United States Code, Sections 924(c)(1)(A), the penalty for which is found in Title 18, United States Code, Section 924(c)(1)(A)(i).

<u>Forfeiture Notice</u>
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction of the offense alleged in count three of this indictment, and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), defendant, **Moises Jimenez**, shall forfeit to the United States of America any firearm and ammunition involved in or used in the knowing commission of the offense, including, but not limited to, the following: a Lorcin model 125, .25 caliber pistol, serial number 348790.

A TRUE BILL:

_____
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
SEAN J. TAYLOR
Assistant United States Attorney
Texas Bar No. 24075147
500 South Taylor Street, Suite 300
Amarillo, Texas   79101-2446
Telephone:   806-324-2356
Facsimile:   806-324-2399
E-Mail:   sean.taylor@usdoj.gov

Moises Jimenez
Indictment — Page 4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

MOISES JIMENEZ

INDICTMENT

COUNT 1: DISTRIBUTION AND POSSESSION WITH INTENT TO DISTRIBUTE COCAINE
Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

COUNT 2: DISTRIBUTION AND POSSESSION WITH INTENT TO DISTRIBUTE 500 GRAMS OR MORE OF METHAMPHETAMINE
Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

COUNT 3: POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME
Title 18, United States Code, Sections 924(c)(1)(A) and 924(c)(1)(A)(i).

FORFEITURE NOTICE
(3 COUNTS)

A true bill rendered:
Amarillo                                              _____ Foreperson

Filed in open court this ___12th___ day of ___December___, A.D. 2016.
                                                                                Clerk

ARREST WARRANT TO ISSUE

_____
UNITED STATES MAGISTRATE JUDGE