IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Criminal No. 2:16-CR-083-D(1) |
| | § | |
| MOISES JIMENEZ, | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

Defendant's August 18, 2017 motion to reconsider motion to suppress is denied.

**SO ORDERED**.

August 18, 2017.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE