IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Criminal No. 2:16-CR-083-D(1) |
| | § | |
| MOISES JIMENEZ, | § | |
| | § | |
| Defendant. | § | |

JURY NOTE NO. ____
(Presiding Juror, please insert Note No.)

TO JUDGE FITZWATER:

On the third change the term "in furtherance"

On page 14 concerning the definition can you please clarify.

"... the government must prove that the defendant possessed a firearm that furthers, advances, or helps forward the drug trafficking crime."

is it "possessed a firearm that (could?)"
or "possessed a firearm that (did?)"

_____
Sandra Pedigo
(To be signed by Presiding Juror)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Criminal No. 2:16-CR-083-D(1) |
| | § | |
| MOISES JIMENEZ, | § | |
| | § | |
| Defendant. | § | |

MEMBERS OF THE JURY:

I have received your note in which you state:

> On the third charge the term "in furtherance"
>
> on page 14 concerning the definition can you please clarify
>
> " . . . the government must prove that the defendant possessed a firearm that furthers, advances, or helps forward the drug trafficking crime."
>
> is it "possessed the firearm that (could?)"
> or "possessed a firearm that (did?)"

In answer to your question, you are instructed to follow the instructions in the court's charge.

Respectfully,

*Sidney A. Fitzwater*

Sidney A. Fitzwater
United States District Judge