IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Criminal No. 2:16-CR-083-D(1) |
| | § | |
| MOISES JIMENEZ, | § | |
| | § | |
| Defendant. | § | |

## VERDICT

We, the jury in the above-entitled case, find the defendant (answer "Guilty" or "Not Guilty" in the spaces provided):

_Guilty_ on Count 1

_Guilty_ on Count 2

_Guilty_ on Count 3

Date: _August 24, 2017_     _Sandra Pedigo_
                             Presiding Juror