Page 1

Randall County Jail
9100 S. Georgia St
Amarillo, TX, 79118          Case No. 2:16-

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2017 SEP -1  PM 3: 16
DEPUTY CLERK

United States District Court
Northern District of Texas
Amarillo Division

United States of America          Case No.
          vs.                     2:16 - CR - 00083-
Moises Jimenez                    D - BB

1. Motion For New Trial

and

2. Motion To appoint an attorney, +
Para Legal For My New Trial And
my Appeal For Case No. 2:16-CR-0008
                              D - BB

Defendant Moises Jimenez, moves
"Pro Se" That The court Grant The
Following motions

1          Motion For a New Trial
I Request This court Grant my motion
For a New Trial as provided under
Rule 33 of the Federal Rules of Criminal
Procedures on The Grounds of and
due To: A motion to supress that This
court Denied on Aug, 19, 2017 and a
motion To Dismiss That This court Denied

Next page

Mosies Jimenez #66585
9100. S. Georgia St
Amarillo, Tx, 79118          Case No. 2:16-CC-00083-D-BR

Continued From Page 1

On Aug, 21, 2017. I am Filing This motion
"PRO SC" I am INDigenT, unTRAined in Law
and I have NO Legal RepResentation
There For
Please apply all CURRent case Law From
The 5th circuit court + all other circuit
courts in The united states + The supReme
court of The united states
Due To The Fact
I am Filing This motion "PRO SC"
I have no access To a Law Libary and
I have no Knowledge NOR TRaining in
Law ... and according To Federal Rules of
CRiminal Procedures The court must Take
This into Consideration and apply The
case Law For me

2. Motion For "TO" Appoint Council ...
+ a PARA Legal For New TRial
and For
my APPEAL.

I Request This court "acting in PRO SC"
That This court grant my motion To
appoint council "ATTORNEYS" For Both

NexT Page

Pag
3

Moses Jimenez #
Randall County Jail
9100 S. Georgia St
Amarillo, TX, 79118          Case No. 2:16-CR-00083-D-BB
                Continued From Page 2

My "New TRIAL" and my Appeal of
          Case No. 2:16-CR-00083-D-BB
I am INDigent I have No money in The
Bank or any where else I have no assets
and I have No way TO Pay For an
attorney... My Family can not afford
TO Pay For my Lawyer
          There For
according TO Federal Rules of Criminal
Procedure I am Entitled To an
appointed attorney " And my Rights
according to The Constitution of
The united states of America.
    I also Request This court grant "
"Appoint" a para Legal TO Both my
New Trial + my Appeal.
    Please apply all case LAW that pertains
TO This motion For appointment For an
attorney + PARA Legal For Both my
New TRial + my Appeal

                    Thank you
Moses Jimenez #66585  print  Moses Jimenez
Randall county Jail       signature  Moi [signature]
9100 S. Georgia St
Amarillo, TX, 79118

Moises Jimenez #
Randall County Jail
9100 S Georgia St
Amarillo, TX, 79118

RECEIVED
SEP -1 2017
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Case No: 2:16-CL-

Cover Letter     00083-D-BB

ATT:
Clerk of Court

Clerk: I am indigent & I am filing these 2 motions Pro se I have no access to a law library and no access to a copy machine.

Please
Make 5 copies of these motions to appoint new council & grant a new trial

please

1 Keep & file 1 copie Each to your office
2 Send 1 copey each to the Judge
3 Send 1 copiy each to the A.U.S.A. "office
4 Send 1 copiy each to Ronald Spriggs
   My former Attorney
5 Please send me 1 copy of both of these "motions" after you file them with the correct court

THANK You

Moises Jimenez #666585     Print MOISES JIMENEZ
Randall County Jail     Signature
9100 S. Georgia St.
Amarillo Tx 79118



Mr. Moses Jimenez SO# WEST
9100 S. Georgia St.
Amarillo Tx 79118

ATTENTION
Clerk of Court

MARK TX

United States District Court
Northern District of Texas
Attention: Court Clerk
205 S.E. 5th Ave. Room 133
Amarillo TX

LOGGED RANDALL COUNTY JAIL
RECEIVED
SEP - 1 2017
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

LEGAL MAIL