Moises Jimenez #616585
Amarillo Tx 79118

9-3-17

Case No. 2;16-00083-DD-8

RECEIVED
SEP - 7 2017
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

ATTENTION: CLERK OF COURT

My name is Moises Jimenez Case No. 2;16-00083-DD-8 I'm incarcerated at Randall County Jail, I'm indigent and have no access to law library or copy machine.

I have written a letter to Judge Sydney Fitzwater

Please

1. File this letter with your office

2. Send the letter to the Honorable Judge Sydney Fitzwater

3. Make me a copy of the filed letter and send me back a copy to

Moises Jimenez #616585
Randall County Jail
9100 S. Georgia St.
Amarillo Tx 79118

Moises Jimenez
/s/ Moises Jimenez

Thank You,
/s/ Moises Jimenez

Moises Jimenez #666585      9-3-17
Potter Co. Jail
9100 S. Georgia St.
Amarillo Tx 79118      Case No. 2:16-00083-D-BB

To the Honorable Judge Sydney Fitzwater
     RE ... Case No. 2:16-00083-D-BB

Sir: I am writing you this letter to go along and clarify the 2 motions I submitted "Pro Ce" I don't know if Ronald Spriggs is my attorney anymore.

I am broke "Indigent" and my family or myself can not afford to pay Mr. Spriggs anymore nor can I pay him to appeal my case...

Also I don't think he represented me to his fullest abilities and "mislead me" before my trial and during my trial.

Please ~~appoint~~ approve my motion for a new appointed council for my new trial and or for my sentencing .... If possible re-appoint Christy Drake if my sentencing comes before my appeal, my life is on the line and I don't believe Mr. Spriggs has my best interests at hand.

ALSO

Please appoint to me an experienced appellate attorney for my appeal if my motion for new trial is denied.

Once again I'm indigent and I have no money or any assets and my family can and will not hire me an attorney for my

New trial and/or my appeal.
ALSO
Just to make sure I want to appeal my case no. 2:16-00083-D0-BR
In case Ronald Spriggs hasn't done so yet.

Moises Jimenez #66585
Randall County Jail
9100 S. Georgia St.
Amarillo Tx 79118

Thank you
Moises Jimenez

Mr. Moises Jimenez SO # 616585
Randall County Jail
9100 S. Georgia St.
Amarillo, Tx 79118

LOGGED RANDALL COUNTY JAIL

LEGAL MAIL

AMARILLO TX 791
05 SEP 2017 PM 1 L

AIRMAIL

\* Attention Clerk of Court \*
United States District Court
Northern District of Texas
205 S.E. 5th Ave, Room 133
Amarillo, Tx 79101

RECEIVED
SEP -7 2017
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

79101+1559