CAUSE NO: 2:16-CR-00083-D-BB

RECEIVED
SEP 12 2017
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

9/8/17

Honorable Judge Sydney Fitzwater

I received your letter denying my motions. Also a probation officer and my former attorney Ronald Spriggs came to jail and interviewed me about my life and family. Then he stayed and talked to me about the motions being denied cause I had a hired attorney. After my ~~family~~ trial he asked me and my family for more money to keep representing me and for my appeal. My family were the ones that hired him and now have decided that they can't help me anymore or pay Mr. Spriggs. My family and I feel that he lied to us when he was hired and ultimately misrepresented me and mislead us before and during trial. My family is currently contemplating filing a lawsuit against him with the Texas Board of Attorneys for their money back. Mr. Spriggs said he was going to withdraw from my case. He is no longer my attorney. I'm asking the court to please appoint me an attorney to finish my sentencing process and also to appoint me an appellate lawyer with experience to represent me with my appeal along with the transcript of my trial and other court costs. I'm indigent and have no assets and my family can not afford to help me at this time. Again Mr. Spriggs is no longer my attorney.

Thank you,

[signature]



Mr. Moises Jimenez SO #66585
Randall County Jail
9100 S. Georgia St.
Amarillo TX 79118

AMARILLO TX 791
11 SEP 2017 PM 1 L

MAIL LOG

X-RAY

RECEIVED
SEP 12 2017
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Honorable Judge Sydney A. Fitzwater
United States District Court
Northern District of Texas
205 S.E. 5th Ave Room 133
Amarillo TX 79101

LEGAL MAIL