Moises Jimenez #so 66585    9-8-17
9100 S. Georgia St.
Amarillo Tx 79118     Cause No: 2:16-cr-00083-D-BB

In the United States District Court
For the Northern District of Texas
Amarillo Division

United States of America,
 Plaintiff

Vs.                                    Cause No: 2:16-cr-00083-D-BB

Moises Jimenez,
 Defendant,

Motions for New Trial and to Appoint Attorneys "Councils" and Order Trial Transcripts

I, Moises Jimenez, the Defendant acting in Pro Se moves the court to grant the following motions —

1. Motion for New Trial

Under Rule 33 of Federal Rules and Procedures on grounds that when I filed a motion for retrial I did not have an attorney. Mr. Spriggs has been fired by my family and I was acting in Pro Ce.

2. Motion to Appoint Council for Sentencing and New Trial

I'm indigent and my family has fired Ronald Spriggs for lying and misrepresenting me and I have no attorney to represent me.

Moises Jimenez SO #66585          9-8-17
Randall Co. Det. Ja
9100 S. Georgia St.
Amarillo TX 79118          Case No: 2:16-CR-00083-D-BB

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA,
    PLAINTIFF

Vs.                    Criminal No. 2:16-CR-083-D(1)

MOISES JIMENEZ
    DEFENDANT.

ALSO

I have no access to a law library so please apply all case law that applies.

3. Motion to Appoint Council for my Appeal

I'm indigent and have no assets. Please appoint me an attorney for my appeal

ALSO

I have no access to a law library or have council so please apply all case law that applies.

4. Motion for Court to Order and Supply me the Transcripts from my Trial

Once again I'm acting in Pro Se I'm indigent and I have no assets I ask the Court to pay

Moises Jimenez SO #66585
Randall County Jail
9100 S. Georgia St.
Amarillo Tx 79118                    Cause No. 2:16-CR-00083-D-BB

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## Amarillo Division

UNITED STATES OF AMERICA,
        PLAINTIFF

VS                                    CRIMINAL NO. 2:16-CR-083-D(1)

MOISES JIMENEZ
        DEFENDANT

AND Supply me my Trial Transcripts

ALSO

PLEASE APPLY ALL CASE LAW I'm INCARCERATED AND I HAVE NO ACCESS TO A LAW LIBRARY.


Moises Jimenez SO #66585                        Thank You,
Randall County Jail                             Moises Jimenez
9100 S. Georgia St.
Amarillo Tx 79118                               [signature]

1

Moises Jimenez SO #66585
Randall County Jail
9100 S. Georgia St.
Amarillo TX 79118

9-8-17

RECEIVED
SEP 12 2017
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Case No. 2:16-CR-00083-D-BB

ATTENTION CLERK OF COURT

I Moises Jimenez I'm filing these motions Pro Se I'm indigent and I'm not represented by an attorney.

ALSO

I do not have access to a law library or to copy machine.

SO PLEASE

Make 4 copies of this motion

1. Copy and file one with your office
2. Send one to Honorable Judge Fitzwater
3. Send one to Prosecutors office
4. Send one copy back to me

Thank You
Moises Jimenez
[signature]
9-8-17



Mr. Moises Jimenez SP #66585
9100 S. Georgia St.
Amarillo TX 79118

* Attention: Amarillo Court

United States District Court
Northern District of Texas
Attention: Court Clerk
205 S.E. 5th Ave Room 133
Amarillo, TX 79101

LEGAL MAIL

RECEIVED
SEP 12 2017
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS