## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF TEXAS
## AMARILLO, DIVISION

UNITED STATES OF AMERICA

Case No:   2:16-CR-083-D

v.

MOISES JIMENEZ

Defendant

### MOTION TO WITHDRAW AS COUNSEL OF RECORD WITHOUT SUBSTITUTION

Pursuant to the Local Rules of the United States District Court for the Texas Northern District, Amarillo Division, the undersigned attorney hereby requests the Court and counsel that Ronald T. Spriggs, currently listed as counsel of record for Moises Jimenez wishes to withdraw as counsel for Defendant in this case for the following reason(s): In light of the Defendant's communications with the court, I do not believe it would be appropriate for me to remain on the case.

Dated: September 12, 2017

\S\ Ronald T. Spriggs
Ronald T. Spriggs
TXBN 00792853
1011 S. Jackson Street
Amarillo, Texas 79101

(806) 376-7260
Fax (806) 372-3298
Email: spriggslawronald@gmail.com

## CERTIFICATE OF SERVICE

Copy of the above motion has been sent to the opposing counsel in accordance with the FRCP.

\S\ Ronald T. Spriggs