Moises Jimenez so 9-8-17
#66595
Case 2:16-cr-00083-D-BR Document 87-1 Filed 09/12/17 Page 1 of 5 PageID 354
Case 2:16-cr-00083-D-BB Document 86 Filed 09/12/17 Page 1 of 5 PageID 347

9100 S. Georgia St.
Amarillo Tx 79118                 Cause No: 2:16-cr-00083-D-BB

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Amarillo Division

UNITED STATES OF AMERICA,
        PLAINTIFF
vs.                                          Cause No: 2:16-cr-00083-D-BB
MOISES JIMENEZ,
        DEFENDANT,

**DEFENDANT'S EXHIBIT 2**

MOTIONS FOR NEW TRIAL AND TO APPOINT ATTORNEYS "COUNCILS" AND ORDER TRIAL TRANSCRIPTS

I, Moises Jimenez, the defendant acting in Pro Se moves the court to grant the following motions—

1. MOTION FOR NEW TRIAL

Under Rule 33 of federal rules and procedures on grounds that when I filed a motion for retrial I did not have an attorney. Mr. Spriggs has been fired by my family and I was acting in Pro Ce.

2. MOTION TO APPOINT COUNCIL FOR SENTENCING AND NEW TRIAL

I'm indigent and my family has fired Ronald Spriggs for lying and misrepresenting me and I have no attorney to represent me.

3   Moises Jimenez  SO #66585                              9-8-17
Case 2:16-cr-00083-D-BR   Document 87-1   Filed 09/12/17   Page 2 of 5   PageID 355
Case 2:16-cr-00083-D-BB   Document 86   Filed 09/12/17   Page 2 of 5   PageID 348

9100 S. Georgia St.
Amarillo TX 79118                     Case No: 2:16-CR-00083-D-BB

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA,
                PLAINTIFF
Vs                                    CRIMINAL NO. 2:16-CR-083-D(1)
MOISES JIMENEZ
                DEFENDANT.

ALSO

I HAVE NO ACCESS TO A LAW LIBRARY SO PLEASE APPLY ALL CASE LAW THAT APPLIES.

3. MOTION TO APPOINT COUNCEL FOR MY APPEAL

I'M INDIGENT AND HAVE NO ASSETS PLEASE APPOINT ME AN ATTORNEY FOR MY APPEAL

ALSO

I HAVE NO ACCESS TO A LAW LIBRARY OR HAVE COUNCIL SO PLEASE APPLY ALL CASE LAW THAT APPLIES.

4. MOTION FOR COURT TO ORDER AND SUPPLY ME THE TRANSCRIPTS FROM MY TRIAL

ONCE AGAIN I'M ACTING IN PRO SE I'M INDIGENT AND I HAVE NO ASSETS I ASK THE COURT TO PAY

4

Moises Jimenez SO #166585
9100 S. Georgia St.
Amarillo Tx 79118        Cause No. 2:16-CR-00083-D-BB

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Amarillo Division

UNITED STATES OF AMERICA,
            Plaintiff
VS                                    Criminal No. 2:16-CR-083-DG
MOISES JIMENEZ
            Defendant

AND SUPPLY ME MY TRIAL TRANSCRIPTS

ALSO

PLEASE APPLY ALL CASE LAW I'M INCARCERATED AND I HAVE NO ACCESS TO A LAW LIBRARY.

Moises Jimenez SO #166585          Thank You,
Randall County Jail                Moises Jimenez
9100 S. Georgia St.
Amarillo Tx 79118

Moises Jimenez SO #60585
Randall County Jail
9100 S. Georgia St.
Amarillo TX 79118

RECEIVED
SEP 12 2017
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Case No. 2:16-CR-00083-D-BB

ATTENTION CLERK OF COURT

I MOISES JIMENEZ I'M FILING THESE MOTIONS PRO SE I'M INDIGENT AND I'M NOT REPRESENTED BY AN ATTORNEY.

ALSO

I DO NOT HAVE ACCESS TO A LAW LIBRARY OR A COPY MACHINE.

SO PLEASE

MAKE 4 COPIES OF THIS MOTION

1. COPY AND FILE ONE WITH YOUR OFFICE
2. SEND ONE TO HONORABLE JUDGE FITZWATER
3. SEND ONE TO PROSECUTORS OFFICE
4. SEND ONE COPY BACK TO ME

THANK YOU
MOISES JIMENEZ
*(signature)*
9-8-17



Mr. Moises Jimenez SP #66585
9100 S. GoalGiAST
Amarillo TX 79118

* Attention: Charlie TOGETT

11 SEP 2017 PM 1T

XPRM
United States District Court
Northern District of Texas
Attention; Court Clerk
205 S.E. 5th Ave Room 133
Amarillo, TX 79101

LEGAL MAIL

RECEIVED
SEP 12 2017
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS