# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF TEXAS
## AMARILLO, DIVISION

UNITED STATES OF AMERICA

                            Case No:     2:16-CR-083-D

v.

MOISES JIMENEZ

                Defendant

## ORDER FOR MOTION TO WITHDRAW AS COUNSEL OF RECORD

After reviewing the motion of Ronald T. Spriggs' to withdraw as counsel of Record in the above list case, the Court is of the opinion that the Motion should be:


                        (GRANT)      (DENIED)


DATE:

                                 _____
                                 JUDGE PRESIDING