Moises Jimenez SO #66585
Randall County Jail
9100 S. Georgia St.
Amarillo Tx 79118

9/27/17

CAUSE NO: 2:16-CR-00083-D-BB

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2017 SEP 29 PM 1:29
DEPUTY CLERK

# United States District Court
## Northern District of Texas
### Amarillo Division

United States of America
  Plaintiff

vs

Moises Jimenez
  Defendant

CAUSE NO: 2:16-CR-083-D

## Motion to Seal Court/Trial Transcript

Pursuant to the federal rules and procedures I, Moises Jimenez, acting in "Pro Se" ask the court to grant the motion to seal court/trial transcript

ALSO

I'm encarcerated and don't have access to a law library so please apply any case laws,

Moises Jimenez SO #66585
Randall County Jail
9100 S. Georgia St.
Amarillo Tx 79118

Thank you,
Moises Jimenez

[signature]

Moises Jimenez SO #66585
Randall County Jail
9100 S. Georgia St.
Amarillo Tx 79118

9/27/17

Cause No: 2:16-CR-00083-D-BR

# United States District Court
## Northern District of Texas
### Amarillo Division

United States of America
  Plaintiff

vs

Moises Jimenez
  Defendant

Cause No: 2:16-CR-083-D

RECEIVED
SEP 29 2017
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Attention District Court Clerk

I'm filing this motion in pro se. I'm encarcerated and don't have access to a copy machine. Please

1) Copy and file one copy for your office
2) Copy and send one copy to U.S. Attorney's office
3) Copy and send one copy to Judge Fitzwater

Moises Jimenez SO # 66585
Randall County Jail
9100 S. Georgia St.
Amarillo Tx 79118

Thank You,
Moises Jimenez
[signature]

Mr. Moises Jiminez Sr. #65585
Randall County Jail
9100 S. Georgia St.
Amarillo Tx 79118

LEGAL MAIL

RECEIVED
SEP 29 2017
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

LOGGED RANDALL COUNTY JAIL

✱ Attention Clerk of Court:

United States District Court
Northern District of Texas
205 S.E. 5th Ave Room 133
Amarillo, Tx 79101